```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

EMIL W. POTOCZNY  :  CIVIL ACTION
   :
    v.  :
   :
NATIONSTAR MORTGAGE, LLC,  :
et al.  :  NO. 13-3848

<u>ORDER</u>

       AND NOW, this 24th day of February, 2015, upon consideration of the defendant Phelan Hallinan & Schmieg, LLP's ("PHS") Motion for Summary Judgment (Docket No. 20), the defendant Nationstar Mortgage, LLC's ("Nationstar") Motion for Summary Judgment (Docket No. 21), the plaintiff's Motion for Summary Judgment (Docket No. 29), and all oppositions and replies thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motions for summary judgment are GRANTED, the plaintiff's motion for summary judgment is DENIED, and JUDGMENT IS ENTERED for the defendants and against the plaintiff.  This case is now closed.

                                  BY THE COURT:


                                  <u>/s/Mary A. McLaughlin</u>
                                  MARY A. McLAUGHLIN, J.